# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3136

_____

United States of America,          *
                                          *

        Appellee,         *

                                      *   Appeal from the United States
     v.                         *   District Court for the
                                      *   Northern District of Iowa.

Leeman Joseph Patrick II,     *

                                      *   [UNPUBLISHED]
        Appellant.      *

_____

Submitted: February 29, 2012
Filed:  March 7, 2012

_____

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Leeman Patrick II pleaded guilty to possession of child pornography.  See 18 U.S.C. § 2252A(a)(5)(B), (b)(2).  The district court[1] sentenced him to 108 months in prison and 8 years of supervised release.  On appeal, his counsel have moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), asserting that the sentence was unreasonable.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

We disagree.  The district court committed no significant procedural error in sentencing Mr. Patrick, see United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (describing procedural error), and the sentence was substantively reasonable, see United States v. Hubbard, 638 F.3d 866, 870-71 (8th Cir. 2011) (reviewing sentence under deferential abuse-of-discretion standard, and according presumption of reasonableness to sentence within advisory Guidelines range).

Having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issue.  Accordingly, we affirm the judgment of the district court and grant counsel's motion to withdraw, subject to counsel informing appellant about procedures for seeking rehearing or filing a petition for certiorari.

_____